| | | | |
|---|---|---|---|
| Trooien v. Carlson Construction, LLC | 27689 | 11/14/2016 | Affirmed (VAF) |
| Honomichl v. Johnson | 27719 | 11/14/2016 | Affirmed (JMC) |
| State v. Blakney | 27502 | 11/14/2016 | Affirmed (PCR) |
| State v. Vice | 27426 | 11/14/2016 | Affirmed (RG) |
| Davey v. Young | 27870 | 11/14/2016 | Affirmed (SRJ) |
| State v. Anderson | 27799, 27800, 27801 | 11/14/2016 | Affirmed (JLB) |
| T.G., Interest of | 27856 | 11/14/2016 | Affirmed (RAM) |